GREATER NEW ORLEANS BROAD-CASTING ASSOCIATION; Phase II Broadcasting, Inc.; Radio Vanderbilt, Inc.; Keymarket of New Orleans, Inc.; Professional Broadcasting; WGNO Inc.; Burnham Broadcasting Company, Plaintiffs–Appellants,

v.

UNITED STATES of America and Federal Communications Commission, Defendants–Appellees.

No. 94–30732.

United States Court of Appeals, Fifth Circuit.

Aug. 18, 1999.

Ashton R. Hardy, Hardy Carey, Metairie, LA, for Plaintiffs–Appellants.

Scott Ramsey McIntosh, U.S. Department of Justice, Civil Division, Appellate Staff, Washington, DC, for Defendants–Appellees.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before POLITZ, JONES and PARKER, Circuit Judges.

PER CURIAM:

In light of the Supreme Court's decision in this case,[1] neither this court's previous decision nor that of the district court can stand. The case is remanded to the district court with instructions to declare the challenged statutory provision unconstitutional.

*REMANDED* with instructions.

---

1. *Greater New Orleans Broad. Ass'n, Inc. v. United States,* —— U.S. ——, 119 S.Ct. 1923,